IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-269-FDW-DCK

| KANNAN MOORTHY, and | ) | |
| JENCY JOHN BOSCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONY J. BLINKEN, and | ) | |
| UR M. JADDOU, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by D. Nicholas Harling, concerning Jesse M. Bless, on May 5, 2023. Jesse M. Bless seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Jesse M. Bless is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: May 7, 2023

David C. Keesler
United States Magistrate Judge